NIPLE v. SEAWELL REALTY & INSURANCE CO.

No. 17P88.

Case below: 88 N.C. App. 136.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.

OLIVER v. OLIVER

No. 625P87.

Case below: 87 N.C. App. 509.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.

OLYMPIC PRODUCTS CO. v. ROOF SYSTEMS, INC.

No. 69P88.

Case below: 88 N.C. App. 315.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988. Petition by defendants (Roof and Carlisle Corp.) for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.

PICKARD v. PICKARD

No. 632P87.

Case below: 87 N.C. App. 509.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.

ROPER v. EDWARDS

No. 3PA88.

Case below: 88 N.C. App. 149.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 9 March 1988.